CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
SEP 13 2017
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

RE: SEARCH WARRANT )
)   Case No.:   7:13-mj-107
Information associated with email account )
smust41@hotmail.com, that is stored at the )
premises controlled by Microsoft (MSN) )

## MOTION TO UNSEAL SEARCH WARRANTS

The United States of America, by counsel, hereby moves the Court to unseal and open the above-styled case.

Wherefore, the United States requests an order unsealing the above-styled case.

Respectfully submitted,

RICK A. MOUNTCASTLE
Acting United States Attorney

Date: July 17 2017

Joseph W. H. Mott
Assistant United States Attorney
VSB No. 21852
U.S. Attorney's Office
P.O. Box 1709
Roanoke, Virginia 24011
Phone: (540) 857-2250
Fax: (540) 857-2614