CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
SEP 14 2017
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

RE:  SEARCH WARRANT                              )
                                                 )      Case No.:    7:13-mj-107
Information associated with email account        )
smust41@hotmail.com, that is stored at the       )
premises controlled by Microsoft (MSN)           )

## ORDER

Upon motion by the government, it is hereby ORDERED that all matters in the above-styled case are unsealed.

ENTERED: This 14th day of Sept., 2017.

THE HONORABLE ROBERT S. BALLOU
UNITED STATES MAGISTRATE JUDGE